USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 16, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
ORLANDO MARTINEZ,                                    :
:
                                    Plaintiff,   :   16 Civ. 547 (KPF)
:
              v.                                    :   ORDER
:
RIVERBAY CORPORATION, *et al.*,                      :
:
                                 Defendants.  :
:
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    In light of the Court's conference with the parties on June 16, 2016, it is hereby ORDERED that Plaintiff submit a letter on or before **June 30, 2016,** responding to the issues raised by the moving Defendants' pre-motion letter (Dkt. #14) and the Court during the conference.  Following submission of Plaintiff's letter, those Defendants shall submit a letter within two weeks, by **July 14, 2016**, indicating whether they still intend to pursue a motion to dismiss.

    SO ORDERED.

Dated:    June 16, 2016
              New York, New York

                                                                KATHERINE POLK FAILLA
                                                             United States District Judge